

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Caryn G. Schechtman
caryn.schechtman@dlapiper.com
T  212.335.4593
F  212.884.8593

September 17, 2021
*Via ECF & Facsimile*

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> The oral argument, currently scheduled for 9/23/21 is hereby adjourned until October 14, 2021 at 2:30 pm.
>
> So ordered,
> /s/ Alvin K. Hellerstein
> Alvin K. Hellerstein
> 9/20/21

    **Re:**   *SEC v. Global Investment Strategy UK Ltd. and John W. Gunn*
           20-cv-10838 (AKH)

Dear Judge Hellerstein:

    We represent Defendants Global Investment Strategy UK Ltd. and John W. Gunn ("Defendants") in the above-referenced matter.  In accordance with Rule 1.D. of Your Honor's Individual Rules, we write to request an adjournment of the oral argument to address Defendants' motion to dismiss the complaint, which is currently scheduled to commence on Thursday, September 23, 2021 at 2:30 p.m. (Dkt. 28).  The parties jointly request a three-week adjournment in order to continue settlement discussions.

    This is the parties' first request for an adjournment of the oral argument date.  The parties requested and the Court granted three previous extensions of time for Defendants to file an answer or move to dismiss.  Plaintiff SEC's counsel, David Stoelting, has consented to this request.

                                Respectfully submitted,

                                **DLA PIPER LLP (US)**

                                Caryn G. Schechtman

cc:    *Via ECF*
       David Stoelting (counsel for SEC)