

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

October 26, 2021

**By ECF**

Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

    Re:    **SEC v. Global Investment Strategy UK Ltd. and John William Gunn, 20-cv-10838 (AKH)**

Dear Judge Hellerstein:

Plaintiff Securities and Exchange Commission ("SEC"), on behalf of itself and Defendants, respectfully writes to inform the Court that the parties have reached an agreement in principle on the terms of a consensual resolution of the claims in the Complaint. Counsel for the SEC intends to submit the proposed settlement to the Commission for its consideration, a process that can take six to eight weeks. If the Commission approves the settlement, the parties will submit proposed final consent judgments to the Court for its review. Finally, the parties request that in view of the foregoing that the Court adjourn the initial case management conference scheduled for November 4, at 10:30 am (Dkt. 32).

                                                Respectfully submitted,

                                                /s/ *David Stoelting*
                                                _____
                                                David Stoelting
                                                Senior Trial Counsel
                                                Securities and Exchange Commission
                                                Tel: (212) 336-0174
                                                stoeltingd@sec.gov
                                                *Attorney for Plaintiff*

cc (by ECF):   Caryn Schectman, Esq.
                         Counsel for Defendants