

The request is granted.

SO ORDERED.

/s/ Alvin K. Hellerstein
November 5, 2021

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Caryn G. Schechtman
caryn.schechtman@dlapiper.com
T   212.335.4593
F   212.884.8593

November 1, 2021
*VIA ECF & FACSIMILE*

The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

   **Re:** ***SEC v. Global Investment Strategy UK Ltd. and John W. Gunn***
      **20-cv-10838 (AKH)**

Dear Judge Hellerstein:

  We represent Defendants Global Investment Strategy UK Ltd. and John W. Gunn ("Defendants") in the above-referenced matter.  In accordance with Rule 1.D. of Your Honor's Individual Rules, we write to request an adjournment of time to file an answer to the Complaint, which is currently due on Wednesday, November 3, 2021.

  This is Defendants' first request for an adjournment of time to answer the Complaint since the Court entered its decision on Defendants' motion to dismiss on October 20, 2021 (Dkt. 32).  On October 26, 2021, the parties advised the Court that they had reached an agreement in principle on the terms of a consensual resolution of the claims in the Complaint and respectfully requested the Court adjourn the initial case management conference (Dkt. 33).  The Court granted that request on October 27, 2021 and adjourned the conference until September 9, 2022 at 10:00 a.m. (Dkt. 34).  Defendants similarly seek an adjournment of time to file their answer to the Complaint.

  Plaintiff Securities and Exchange Commission's ("SEC") counsel, David Stoelting, has consented to this request for an adjournment.

          Respectfully submitted,

          **DLA PIPER LLP (US)**

          Caryn G. Schechtman

cc: *Via ECF*
   David Stoelting (counsel for SEC)